Springer, J.,
dissenting:
In 1995, the legislature added subsections 5 and 6 to NRS 125.480, which provide in some detail procedures that must be followed by the court in custody disputes in which a prospective custodian is charged with “acts of domestic violence” against a child or person residing with the child. The two new subsections spell out the manner in which the court must deal with these matters and create a rebuttable presumption against the violent party.
The mentioned amendments present substantial changes in the law. These changes became effective after “Brad” (as the majority so familiarly calls him) instituted these proceedings. At no time did either party call the trial court’s attention to the substantial changes in the statute, and neither relied in any way on the statute in its amended form. None of the appellate briefs makes mention of the added subsections 5 and 6. Under these circumstances, I do not think it is proper to reverse the judgment of the trial court, based upon a statute that was never mentioned by the parties and upon points that were not raised in this appeal.
The record shows that although the trial court did not consider subparagraphs 5 and 6, it did give careful attention and sufficient consideration to the charges of domestic violence that were made in this case. Overall, the decision in this matter appears to me to be well within the discretion given to trial courts in domestic matters. I would affirm the judgment of the trial court.